UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | CV 09-2001 R(PLAx)<br><br>ORDER FOR REASSIGNMENT<br><br>Related Group Control No.<br>CV 08-7227-PSG(Ex) |

WHEREAS, Judge Manuel L. Real has agreed to the transfer of all pending Mortgage Foreclosure cases filed by attorney Mitchell W. Roth,

WHEREAS, the following case was transferred to the calendar of Judge Manuel L. Real for all further proceedings,

WHEREAS, Judge Real has recused himself from the following case due to a stock conflict with GMAC,

IT IS HEREBY ORDERED that the transfer of the following case to Judge Real is vacated, and the case is hereby reassigned to Judge Philip S. Gutierrez for all further proceedings.

CV 09-2001-R(PLAx)    Carlos Bravo Huerta v. Citi Mortgage, et al

Dated: April 3, 2009

_____
Judge Gary A. Feess
Chair, Case Management and Assignment Committee