UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-09-2001-R                                      Date: April 3, 2009

Title:   CARLOS BRAVO HUERTA -v- CITI MORTGAGE
==========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

  William Horrell         None Present
  Courtroom Deputy        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

 None             None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**Defendant GMAC's motion to dismiss set before Judge Real for May 4, 2009 at 10:00 a.m. is hereby vacated. Judge Gutierrez shall re-set the matter for hearing on his calendar at a later date.**


cc: counsel of record


MINUTES FORM 11           Initials of Deputy Clerk ___WH____
CIVIL -- GEN