POLK, PROBER & RAPHAEL, A LAW CORPORATION
HOMAN MOBASSER, ESQ. (SBN 251426)
20750 VENTURA BLVD., #100
WOODLAND HILLS, CA 91364
(818) 227-0100

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BRAVO HUERTA, | Case No. **CV09-02001 MMM (PLAx)** |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| CITI MORTGAGE, et al.; and DOES 1-50, inclusive, | |
| Defendant(s). | |

PLEASE TAKE NOTICE that Homan Mobasser, Esq., hereby disassociates as counsel for Plaintiff, CARLOS BRAVO HUERTA, in the above captioned matter. However, please be advised that Plaintiff, CARLOS BRAVO HUERTA, continues to be represented by MW ROTH, PLC, attorney Mitchell W. Roth, Esq., 13245 Riverside Drive # 320, Sherman Oaks, CA 91423.

Dated: April 13, 2009

Homan Mobasser, Esq.

---

1
NOTICE OF DISASSOCIATION OF COUNSEL

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES)

I, Laureen Havard, declare that:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Blvd., Suite 100, Woodland Hills, California 91364.

On **April 13, 2009**, I served the interested parties in this action by placing true and correct copies of **NOTICE OF DISASSOCIATION OF COUNSEL** enclosed in a sealed envelope, with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows: **SEE ATTACHED SERVICE LIST**

[] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

[x] (By Mail [State]) I am readily familiar with Polk, Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[] (Overnight delivery) placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery at Woodland Hills, California, delivered to a driver authorized by Airborne Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the case and served on the party making service or at that party's (s') place of residence.

[] (By Facsimile) I further declare the above-referenced documents were transmitted to the following parties on            by facsimile transmission as follows:
The transmissions were reported as complete and without error.

[] (Personal service) I caused such envelope to be delivered by hand to the addressee(s).

[x] Executed on **April 13, 2009** at Woodland Hills, California.

[x] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

_____
Laureen A. Harvard

2
NOTICE OF DISASSOCIATION OF COUNSEL

**SERVICE LIST**

Mitchell W. Roth, Esq.
MW ROTH, PLC
13245 Riverside Dr., # 320
Sherman Oaks, CA 91423

Matthew B. McClendon, Esq.
LOCKE LORD BISSELL & LIDDELL, LLP
300 South Grand Ave., Suite 2600
Los Angeles, CA 90071

NOTICE OF DISASSOCIATION OF COUNSEL