E-FILED:4/17/09

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS BRAVO HUERTA | ) | No. CV 09-2001-PSG (PLAX) |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING** |
| | ) | **SCHEDULING** |
| vs. | ) | **CONFERENCE** |
| | ) | |
| CITI MORTGAGE, ET AL. | ) | |
| Defendant(s). | ) | |
| | ) | |

    This matter is set for a scheduling conference on **June 15, 2009 at 2:00 p.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint statement with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

DATED: April 17, 2009

                                                             Philip S. Gutierrez
                                                             United States District Judge