# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 09-2001-PSG (PLAX) | Date: | May 4, 2009 |
|---|---|---|---|
| Title: | CARLOS BRAVO HUERTA -VS- CITI MORTGAGE, ET AL. | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Silvia Huang |

Proceedings: **DEFENDANT GMAC MORTGAGE LLC'S MOTION TO DISMISS FILED 03-31-09 (DOC 5)**

**DEFENDANT GMAC MORTGAGE LLC'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION OR REQUIRE A BOND FILED 04-02-09 (DOC 10)**

Hearing held and plaintiff's counsel is not present. The Court hears oral argument from defense counsel on the above-referenced motions, and takes them under submission.

|  | : | 01 |
|---|---|---|
|  | Initials of Preparer | wkh |